UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHY CHHEM,<br><br>          Petitioner,<br><br>   v.<br><br>LORETTA E. LYNCH,<br><br>          Respondent. | No. 2:15-cv-1970 EFB P<br><br>ORDER |

    Petitioner is a federal detainee without counsel. He is confined to Mesa Verde Community Correctional Facility in Kern County, California. He proceeds pro se and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request for appointment of counsel.

    Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of that court. As a petition under § 2241 "must be addressed to the district court which has jurisdiction over [petitioner] or his custodian," *Brown v. United States*, 610 F.2d 672, 677 (9th Cir. 1980), this action will be transferred to the Fresno Division of this court.

/////

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno.

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:
    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

Dated: September 23, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE